AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-cr-00096 |
| Lauren Handy, et al. | ) Assigned To : Kollar-Kotelly, Colleen |
|  | ) Assign. Date : 3/24/2022 |
|  | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jonathan Darnel
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U S C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Date:  03/24/2022

Zia M. Faruqui
2022.03.24 17:28:44
-04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.                   HON. ZIA M. FARUQUI
*Printed name and title*

### Return

This warrant was received on *(date)* 03/24/2022, and the person was arrested on *(date)* 03/30/2022
at *(city and state)* Alexandria, VA

Date:  03/30/2022

*Arresting officer's signature*

Christopher Keele, Special Agent FBI
*Printed name and title*