AO 442 (Rev 01/09) Arrest Warrant

11403598

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM3:06
RECEIVED MAR 25 '22

United States of America
v.
Lauren Handy, et al.

Defendant

) Case: 1:22-cr-00096
) Assigned To : Kollar-Kotelly, Colleen
) Assign. Date : 3/24/2022
) Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathan Darnel

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U S C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Date: 03/24/2022

City and state: WASHINGTON, D.C.

Zia M. Faruqui
2022.03.24 17:28:44
-04'00'

*Issuing officer's signature*

HON. ZIA M. FARUQUI
*Printed name and title*

### Return

This warrant was received on *(date)* 03/25/2022, and the person was arrested on *(date)* 03/30/2022
at *(city and state)* Washington DC

Date: 03/30/2022

*Arresting officer's signature*

Michael Tantillo  DUSM
*Printed name and title*