# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )   Case No.: 22-cr-00096 (CKK) |
| | ) |
| **JONATHAN DARNEL,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF WAIVER OF SPEEDY TRIAL

COMES NOW, Defendant, Jonathan Darnel, by and through his counsel, Brian K. McDaniel, Esq., and The McDaniel Law Group, P.L.L.C. and having been advised of his right to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161, for the time between May 16, 2022 and June 13, 2022, hereby knowingly and intelligently waives his right to a speedy trial and consents to the tolling of the time on the speedy trial clock in this matter.

Respectfully submitted,

THE MCDANIEL LAW GROUP, P.L.L.C.

/s/ Brian K. McDaniel
Brian K. McDaniel, Esq.
1001 L Street, S.E.,
Washington D.C. 20003
Tel: 202-331-0793
Fax: 202-331-7004
Email: brianmac1911@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2022, a copy of the foregoing was sent via ECF to all parties involved in this matter.

                                          /s/ Brian K. McDaniel
                                          Brian K. McDaniel, Esq.