UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No.  1:22-cr-0096-CKK-02 |
| | : | |
| **JONATHAN DARNEL,** | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Brian R. Chavez-Ochoa, Esq., hereby enters his appearance on behalf of the Defendant in the above captioned case. I certify that I am admitted to practice in this Court. I am appearing in this action as retained counsel.

June 13, 2022.                                                By /s/ Brian R. Chavez-Ochoa

 Brian R. Chavez-Ochoa
 Chavez-Ochoa Law Offices, Inc.
 BAR ID CA00082
 4 Jean Street, Suite 4
 Valley Springs, California 95252
 Telephone (209) 772-3013
 Fax (209) 772-3090
 brianr@chavezochoalaw.com