UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**JONATHAN DARNEL (2),**
**JEAN MARSHALL (5),**
**JOAN BELL (9),**

    **Defendants.**

CRIMINAL NO. 22-CR-96 (CKK)

## JURY VERDICT FORM

**DEFENDANT JONATHAN DARNEL**

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Jonathan Darnel

_____✓_____ Guilty      _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Jonathan Darnel

_____✓_____ Guilty      _____ Not Guilty

Special Findings:

    If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

        Guilty: ✓                Not Guilty: _____

Physical Obstruction:

        Guilty: ✓                Not Guilty: _____

[Continue to next page]

**DEFENDANT JEAN MARSHALL**

## COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Jean Marshall

____✓____ Guilty          _____ Not Guilty

## COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Jean Marshall

____✓____ Guilty          _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: __✓__          Not Guilty: _____

Physical Obstruction:

Guilty: __✓__          Not Guilty: _____

[Continue to next page]

**DEFENDANT JOAN BELL**

### COUNT ONE

With respect to the offense of Conspiracy Against Rights, we the jury find Defendant Joan Bell

_____✓_____ Guilty          _____ Not Guilty

### COUNT TWO

With respect to the offense of Clinic Access Obstruction, we the jury find Defendant Joan Bell

_____✓_____ Guilty          _____ Not Guilty

Special Findings:

If you have found the Defendant GUILTY on Count Two, on which of the following grounds (either or both) have you found the Defendant guilty on Count Two? If you have found the Defendant NOT GUILTY on Count Two, do not make a special finding as to this Defendant and proceed to the next page.

Force:

Guilty: __✓__     Not Guilty: _____

Physical Obstruction:

Guilty: __✓__     Not Guilty: _____

_____[signature]_____          _____9-15-23_____
Foreperson                      Date